RECEIVED

OCT 1 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF LOUISIANA-LAFAYETTE DIVISION

JENNINGS FREEMAN

versus

TRUSCO, INC.

CIVIL ACTION NO. CV05-0483  SECTION L-O

*************************************************************

## JUDGMENT

On August 17, 2006, this Court heard the Motion for Partial Summary Judgment filed by defendant, Trusco, Inc., seeking to dismiss the Jones Act action of the plaintiff, Jennings Freeman, in its entirety. After reviewing the briefs and supplemental briefs submitted by the parties and hearing the arguments of counsel,

IT IS ORDERED, ADJUDGED AND DECREED that the defendant's Motion for Partial Summary Judgment is granted on the basis that plaintiff is not a Jones Act seaman and defendant is entitled to judgment dismissing the plaintiff's case, with prejudice, as a matter of law.

Lafayette, Louisiana this 11th day of October, 2006.

_____
DISTRICT JUDGE